AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Daisy Yannette SUPRISE, YOB:1981, USC | ) | 7:21-MJ-0387 - 3 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

**SEALED**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02-14-2018 and 02-15-2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 1956 (h) | The defendant did conspire knowing, property involved in a financial transaction represents the proceeds of some form of unlawful activity (SUA), conducts/attempts a finanical transaction designed to conceal or disguise the nature, location, source, ownership, or control of the proceeds of SUA or to avoid a transaction reporting requirement. |

This criminal complaint is based on these facts:

See Attachment "A".

United States District Court
Southern District of Texas
FILED

MAR 0 1 2021

Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Complaint Authorized by AUSA P. Profit.
Submitted by reliable electronic means,
sworn to and attested telephonically per
Fed. R. Cr.P.4.1, and probable cause found
on:

Date: __03/01/2021 - 5:30 p.h.__

/S/ Mariah Yates
*Complainant's signature*

Mariah Yates, DEA Special Agent
*Printed name and title*

*Judge's signature*

City and state: __McAllen, Texas__

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

On or about February 9, 2018, a DEA confidential source (CS) was contracted by a drug trafficker to arrange the pick-up of approximately $63,500.00 in United States Currency in Austin, Texas, and additional currency in Houston, Texas, to be delivered to McAllen, Texas. A DEA Undercover Agent (UC#1) conducted the money pick-ups in Georgetown, Texas, and Houston, Texas, and traveled to McAllen, Texas.

On or about February 13, 2018, UC#1 was told to call "Jenny" on the SOUTH TEX BEAUTY SUPPLY (STBS) main phone line. UC#1 called the phone number, and an unidentified female (UF) stated that "Jenny" was not working that date. UC#1 called later the same date, and asked if "Jenny" was working the next day, and the UF stated "Yes, she does. Who is this? Are you calling on behalf of Cesar?" UC#1 confirmed, and the UF stated "Yes, but Daisy can also help you. If you want to come right now, she is available to take you." UC#1 asked if Daisy had orders to receive him/her, and the UF stated, "Yes, Estela, the lady, already called Daisy to receive you." Due to time constraints, the UC was not able to arrive at STBS before closing time, so the delivery was made the following day. Agents later identified Daisy as Daisy Yannette SUPRISE, hereinafter D. SUPRISE.

On or about February 14, 2018, UC#1 arrived at STBS and asked for Daisy, but was told she had not arrived yet. UC#1 asked for Yolanda and was directed to the second floor of the business. UC#1 delivered $83,420.00 USC, in drug proceeds, wrapped in rubber bands and concealed within a shoe box, to Yolanda PEÑA in a private office located on the second floor of STBS. During the delivery, UC#1 stated "Make sure you wash your hands, because you all know where this money comes from…. it's dirty," and PEÑA acknowledged and laughed, all was spoken in the Spanish language.

On or about July 31, 2018, a DEA confidential source (CS) was contracted by a drug trafficker to arrange for the transportation of approximately forty (40) kilograms of methamphetamine to Dallas, Texas. DEA agents conducted a controlled delivery utilizing sham bundles of methamphetamine. A DEA Undercover Agent (UC#2) delivered the sham narcotics and received approximately $75,000.00 USC. Of that amount, $20,000.00 USC was owed for transportation fees and the remainder was to be transported to STBS in McAllen, Texas. UC#2 was instructed to call "Yolanda".

On or about August 2, 2018, UC#2 delivered $55,489.00 USC, in drug proceeds, wrapped in rubber bands and concealed within cardboard box, to Maria Estela SUPRISE and Yolanda PEÑA in a private office located on the second floor of STBS. During the delivery, M. SUPRISE made several comments about having to be careful about the count because if it was wrong there could be dire consequences. The amount was confirmed by M. SUPRISE before UC#2 exited the business.

On February 23, 2021, DEA Agents executed a search warrant at STBS, and arrested PEÑA and M. SUPRISE. During the search, Agents located approximately $11,000 in United States Currency in M. SUPRISE's purse. During a post-Miranda interview, M. SUPRISE stated that the currency belonged to another co-conspirator, and that she had taken it home with her. Agents asked D. SUPRISE if she had any large amounts of currency, and D. SUPRISE stated that she did, and that it was in her purse. Agents asked D. SUPRISE how much currency she had, and she said approximately $6,000, and stated that it was a "bonus from the business." Both D. SUPRISE and M. SUPRISE traveled from their residences to STBS. Agents also located a money counter on D. SUPRISE's desk at STBS.

On February 24, 2021, DEA Agents located several Whatsapp messages between PEÑA and M. SUPRISE, PEÑA, and D. SUPRISE, during consent searches of seized cellular phones, stating that large amounts of United States Currency that had been delivered to STBS was being stored in D. SUPRISE's office, as well as stored at the residence of M. SUPRISE.

The following is a transcript from October 12, 2018, between PEÑA and D. SUPRISE, translated from Spanish to English:

>PEÑA: "Daisy. I have some money in your office. It's 100. So you can secure them. Please."
>
>D. SUPRISE: "Where? I'm already here."
>
>PEÑA: "In the drawer on the right."

The following is a transcript from October 12, 2018, between PEÑA and M. SUPRISE, translated from Spanish to English:

>PEÑA: "Ma'am it was 100 from MARRON. Can I leave at 5? I have a commitment in Reynosa. Please."
>
>M. SUPRISE: "Ok. Where is the money?"
>
>PEÑA: "Daisy has it in her office. She is going to take it to your house."

The following is a transcript from February 15, 2019, between PEÑA and M. SUPRISE, translated from Spanish to English:

>PEÑA: "Estelita, yesterday they brought me MARRON's order. 150. They are here. Do I leave them here or does Daisy take them to your house. Ok. Awaiting instructions."
>
>M. SUPRISE: "Just keep them there, I will return in the afternoon."
>
>PEÑA: "Ok."